No. 94–1533.  FLOYD v. COLLIN COUNTY COMMUNITY COLLEGE DISTRICT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–1541.  BEY ET AL. v. BISBEE.  C. A. 10th Cir.  Certiorari denied.

No. 94–1558.  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. FRANCIS W. PARKER SCHOOL.  C. A. 7th Cir.  Certiorari denied.

No. 94–1579.  COLLINS, ON BEHALF OF SHUFELT v. DUGGAN.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 94–1581.  REGIONS BANK OF LOUISIANA, SUCCESSOR IN INTEREST OF SECOR BANK, ET AL. v. INTERNAL REVENUE SERVICE.  C. A. 11th Cir.  Certiorari denied.

No. 94–1605.  MITCHELL v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 94–1611.  HAITIAN REFUGEE CENTER, INC., ET AL. v. CHRISTOPHER, SECRETARY OF STATE, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–1668.  RAHN v. DRAKE CENTER, INC.  C. A. 6th Cir.  Certiorari denied.

No. 94–1709.  THOMAS v. BAXTER.  C. A. 4th Cir.  Certiorari denied.

No. 94–1717.  GREER ET UX. v. LANDMARK BANCSHARES OF ILLINOIS, INC., ET AL.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 94–1725.  CRANE CO. v. UNITED STATES EX REL. RABUSHKA ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 94–1729.  O'QUINN v. KLINE.  Ct. App. Tex., 14th Dist.  Certiorari denied.

No. 94–1731.  ROWLAND, GOVERNOR OF CONNECTICUT, ET AL. v. JUAN F. ET AL.  C. A. 2d Cir.  Certiorari denied.